**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **STEPHEN ALLEN SHEFFIELD,** | |
| Plaintiff, | |
| | Civil Action 7:10-CV-98 (HL) |
| v. | |
| **LT. LARRY BYRD, CPL. HOPE DAVIS, MARIA LAW, COLQUITT COUNTY JAIL, CAPTAIN JULIUS COX, and ARNITA STEWART,** | |
| Defendants. | |

**ORDER**

The Recommendation (Doc. 6) of United States Magistrate Judge Thomas Q. Langstaff, entered November 15, 2010, is before the Court. The Magistrate Judge recommends that Defendants Colquitt County Jail, Davis, and Cox be dismissed from this case. Plaintiff has not filed a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation (Doc. 6). Defendants Colquitt County Jail, Davis, and Cox are dismissed from this action.

   **SO ORDERED**, this the 16th day of December, 2010.

                              /s/ Hugh Lawson
                              **HUGH LAWSON, SENIOR JUDGE**

mbh